Zachary Nightingale, (California Bar #184501)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorney for Plaintiff
Ziyang DING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ziyang DING,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Case No.:<br><br>**DECLARATION OF ZACHARY NIGHTINGALE IN SUPPORT OF COMPLAINT FOR DECLARATORY, MANDAMUS, AND INJUNCTIVE RELIEF, AND REVIEW UNDER THE ADMINISTRATIVE PROCEDURE ACT AND MANDAMUS ACT**<br><br>Immigration Case, Administrative Procedure Act Case, Mandamus |

I, Zachary Nightingale, do hereby declare:

1. I am a partner at Van Der Hout LLP at 360 Post Street, Suite 800, San Francisco, CA 94108. I have personal knowledge of the matter stated herein because I am an attorney for Plaintiff Ziyang Ding in this matter.

2. Mr. Ding is a native and citizen of China who has resided in the United States on in F-1 student visa status for many years. He completed his undergraduate and graduate studies at Duke University and Stanford University.

3. Mr. Ding was most recently granted an F-1 student visa at the U.S. Consulate in Singapore in 2022, after which he entered the United States in F-1 status. He completed his Master's degree in 2024 in Statistics, and he subsequently began working pursuant to Optional Practical Training ("OPT") tied to his F-1 status.

4. Noncitizens in the United States in F-1 status who complete a degree in a STEM field are authorized to work pursuant to OPT for up to three years. In order to do so, they must file a Form I-765, Application for Employment Authorization and receive an Employment Authorization Document (also referred to as a "work permit"). Mr. Ding previously filed this application, received his work permit for a period of one year, and has been working in the United States pursuant to OPT since approximately August of 2024.

5. On June 14, 2025, Mr. Ding filed a 2 year STEM OPT extension application with USCIS, which includes a Form I-765, Application for Employment Authorization based on his new Form I-20, Certificate of Eligibility for Nonimmigrant Student Status, issued by his graduate university. Prior to filing this application, he submitted a STEM training plan (I-983) signed by Mr. Ding and his employer to his university as required by regulation. He filed this application with premium processing—meaning he paid the extra fee to expedite the adjudication of the application—, *before* his previous OPT status expired on August 12, 2025. The filing of this application provides an additional automatic 180 days of work authorization while the STEM OPT employment authorization application is pending.

6. On August 7, 2025, USCIS issued Mr. Ding a Request for Evidence ("RFE") in connection with his application for employment authorization requesting that he appear at a USCIS office for biometrics, and provide employment history, which he complied with and completed. Attached at Exhibit B is a copy of the RFE.

7. On October 3, 2025, USCIS issued Mr. Ding a Notice of Intent to Deny ("NOID") his application for STEM OPT employment authorization in which USCIS requested further documentation regarding his arrest in the U.S. that resulted in a plea of nolo contendere to disturbing the peace via excessive noise under California Penal Code 415(2). Mr. Ding timely replied to this NOID on October 31, 2025, and submitted the requested documentation to USCIS.

8. Since this time, the office of undersigned counsel has contacted the Premium Processing Unit of USCIS regarding Mr. Ding's pending application for employment authorization. These inquiries were made on January 20 and January 27, 2026. Attached at <u>Exhibit C</u> are copies of the inquiries made to the Premium Processing Unit and the assignment of a case inquiry number. However, USCIS has not yet provided an update other than that the case is undergoing further review and no timeframe for completion of this review can be provided. To date, Mr. Ding's application for employment authorization remains pending.

9. USCIS's more than six-month delay in adjudication Mr. Ding's application for employment authorization is unreasonable and without justification, especially where USCIS' published processing times for applications for employment authorization (Forms I-765) based on F-1 status indicate that 80% of adjustment of status applications reach a decision within 4.5 months. Attached at <u>Exhibit D</u> is USCIS' published processing times.

10. Currently, Mr. Ding is authorized to work in the United States through February 8, 2026, pursuant to the 180-day automatic extension of his OPT status, given that he filed the extension application prior to the expiration of his OPT.[1] The outcome of his currently pending application for employment authorization will determine his ability to continue working in the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of January 2026, at San Francisco, California.

/s/Zachary Nightingale
Zachary Nightingale
Declarant

---

[1] *See* USCIS, Optional Practical Training Extension for STEM Students (STEM OPT), "Applying for a STEM OPT Extension," available at: https://www.uscis.gov/working-in-the-united-states/students-and-exchange-visitors/optional-practical-training-extension-for-stem-students-stem-opt.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Nightingale                                                                 No.