# EXHIBIT A



| Receipt Number | | Case Type |
|---|---|---|
| IOE9046962180 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** 06/14/2025 | **Priority Date** | **Applicant** ██████████ DING, ZIYANG |
| **Notice Date** 06/14/2025 | **Page** 1 of 2 | |

DING, ZIYANG
██████████████

**Notice Type:** Receipt Notice
Amount received: $470.00 U.S.
Class requested: C03C

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.**

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at** www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

If you filed to renew your Employment Authorization Document (EAD) under category A03, A05, A07, A08, A10, A12, A17, A18, C08, C09, C10, C16, C19, C20, C22, C24, C26, or C31, you might be eligible for an automatic extension of your EAD. Full details and an eligibility calculator are at uscis.gov/eadautoextend.

You qualify for an automatic extension if:
- The category on your current EAD matches the "Class Requested" listed on this notice; and
- The "Received Date" on this notice is before the "Card Expires" date on your EAD.

If you filed under the A12 or C19 classifications, you qualify for an automatic extension if:
- This notice and your expired EAD contain either A12 or C19 (they do not need to match); and
- You filed your renewal Form I-765 during the TPS re-registration period indicated in the applicable Federal Register notice for your country found at uscis.gov/tps.

If you are eligible for an automatic extension of your EAD, you can show this notice with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. The automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your renewal application, the automatic extension immediately ends, and you can no longer use this notice for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to Advance Parole. This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this renewal application is still pending.

If you are applying to renew your A17, A18, or C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show: (1) this receipt notice; (2) an unexpired Form I-94, Arrival-Departure Record, showing valid E, L-2, or H-4 status; and (3) your A17, A18, or C26 EAD that matches the category on this receipt notice. Your automatic extension ends on the earliest of: the end date on your I-94; the date we adjudicate this renewal application; or 540 days after the expiration date on your EAD.

Processing time - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015



**USCIS Contact Center: www.uscis.gov/contactcenter**



| Receipt Number<br>IOE9046962180 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date<br>06/14/2025 | Priority Date | Applicant<br>DING, ZIYANG |
| Notice Date<br>06/14/2025 | Page<br>2 of 2 | |

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015



USCIS Contact Center: www.uscis.gov/contactcenter

# EXHIBIT B

August 7, 2025



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Potomac Service Center

**U.S. Citizenship
and Immigration
Services**

ZIYANG DING



IOE9046962180

RE: I-765, Application for Employment Authorization

## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested below.

**Your response must be received in this office by November 3, 2025.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. 8 CFR 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and complete English translation. The translator must certify that the translation is accurate, and he or she is competent to translate from that language to English. If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.

Processing of your I-765 will resume upon receipt of your response. If you have not heard from USCIS within **30** days of responding, you may contact the USCIS Contact Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

During the review of your immediate case and immigration record, we have encountered potentially adverse information related to you. Your request cannot be processed until you have appeared at an Application Support Center (ASC) for the collection of biometrics, including a digital photograph, signature, and fingerprint(s). We have scheduled an appointment for you to go to an ASC so we may collect your biometrics.

Follow the instructions on the appointment notice for biometrics capture that will be mailed to you separately. Additional information regarding the location of the ASC can be found on the USCIS web site at www.USCIS.gov. Once you receive your ASC notice, you must bring it with you to your ASC appointment.
Upon completion of the collection of your biometrics by the ASC, the ASC will stamp your ASC notice. After you attend your ASC appointment, you must respond to this RFE with a copy of your stamped ASC notice showing your biometrics have been collected.

If you need to reschedule an appointment for biometric services, you must make the request through your USCIS online account or call the USCIS Contact Center (800-375-5283). Do not mail your request.

Your rescheduling request must be made before the date and time of your original appointment and establish good cause for rescheduling. If you do not follow these requirements and do not appear for your originally scheduled appointment, USCIS may consider the related application, petition, or request abandoned and, as a result, we may deny it.

**EMPLOYMENT HISTORY**

Provide your complete employment history (including start and end dates) and proof of employment for your initial grant of Optional Practical Training (OPT). Evidence of employment may include but is not limited to:

- Letter(s) from employer(s) establishing job title(s), duties, location, pay rate, and number of hours worked per week.

- Copies of your earning statements/pay stubs.

If you worked for an employment agency or consultancy, you must provide evidence of the jobs you worked on and dates worked. Additionally, if you worked remotely (telework, assigned to a client site, etc.), notate such in your employment history.

**YOU MUST UPLOAD YOUR RESPONSE USING YOUR USCIS ONLINE ACCOUNT (IF APPLICABLE) OR MAIL ALL THE REQUESTED INFORMATION TO THE ADDRESS SHOWN, BY November 3, 2025. PLACE THE ATTACHED COVERSHEET AND THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THE COVERSHEET AND THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

**TO UPLOAD YOUR RESPONSE USING YOUR USCIS ONLINE ACCOUNT (IF APPLICABLE), PLEASE LOGIN TO YOUR ACCOUNT AT <u>MYACCOUNT.USCIS.GOV</u> AND FOLLOW THE INSTRUCTIONS FOR SUBMITTING THE REQUESTED EVIDENCE ELECTRONICALLY. IF YOU CHOOSE TO MAIL YOUR RESPONSE, PLEASE WRITE STUDENT PREMIUM PROCESSING ON BOTH SIDES OF THE ENVELOPE.**

Sincerely,

John M. Allen
SCOPS Deputy Associate Director of Adjudications
Officer: AD0163

**PREMIUM PROCESSING**
**COVERSHEET**
**SCANNING REQUIRED**
PLEASE RETURN THE REQUESTED INFORMATION AND ALL SUPPORTING
DOCUMENTS **WITH THIS PAGE ON TOP TO:**
**USCIS/TSC**
**ATTN:  I-765 RFE PREMIUM PROCESSING**
**6046 N BELT LINE RD STE 765**
**IRVING, TX  75038**

Please check the appropriate box regarding if there is a new Form G-28, Notice of Entry of
Appearance as Attorney or Accredited Representative, additional fees, additional forms, etc.  Please
place the new Form G-28, additional fees, additional forms directly under this sheet.

**Yes, there is:**

☐ **A New G-28**          ☐ **Additional Fees**

☐ **Additional Forms**    ☐ **Other:**

---

**If you have moved, write your current address in the blank area below.**
**Please be sure to write clearly.**
**(Select appropriate check box for address change)**

☐ **Applicant/Beneficiary**          ☐ **Petitioner**

**New Address:**

---

As required by Section § 265.1 Reporting change of address. "Except for those exempted by
section 263(b) of the Act, all aliens in the United States required to register under section 262 of the
Act must report each change of address and new address within 10 days of such change in
accordance with instructions provided by USCIS."

**REQUEST FOR EVIDENCE**

765 Application for Employment Authorization



IOE9046962180

DING, ZIYANG

,

# EXHIBIT C

| | |
|---|---|
| **From:** | Bob Ding |
| **To:** | Lauren Gibson |
| **Subject:** | Fw: USCIS Service Request Confirmation |
| **Date:** | Wednesday, January 28, 2026 10:19:19 AM |
| **Attachments:** | inline |

Lauren,

See attached email response for my call

---

**From:** USCIS-CaseStatus@dhs.gov <USCIS-CaseStatus@dhs.gov>
**Sent:** Tuesday, January 20, 2026 10:26:50 PM
**To:** Bob Ding ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** USCIS Service Request Confirmation

**\*\*\* DO NOT RESPOND TO THIS EMAIL \*\*\***

Date: January 21, 2026

Dear Ziyang Ding,

Thank you for your inquiry, submitted on January 21, 2026, asking about the processing of your I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION. We have received your request and assigned it an Inquiry ID (SR10212600021RPA) that we will use for referencing any subsequent messages. USCIS may require at least 60 days to process your request.

USCIS makes every effort to process cases within the projected timeframes listed on the Case Processing Times webpage. If you have not already created a USCIS online account, we encourage you to, so that you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account can be found on my.uscis.gov.

Thanks once again for contacting USCIS.

Please do not reply directly to this message. This email account is used by USCIS only to send messages notifying applicants and petitioners that we have received their inquiry.

-----------------

We offer many online services and tools to help you find the information you need, including:

Check your current case status
Ask about your case
Schedule an appointment
Ask our virtual assistant Emma
Address Changes: If you move, please visit our website for information on how to update your address.

We encourage you to use the online self-service tools within your USCIS online account. You can track the status of your case, update your address, reschedule a biometrics appointment, and for many account holders respond to

Requests for Evidence and more using an online account.

If you try our online tools including the technical Help Form and require additional support, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired), for assistance.



U.S. Citizenship
and Immigration
Services

National
Customer
Service
Center
1-800-375-
5283

TDD for the
Hearing
Impaired
1-800-767-
1833

An official website of the United States government     Here's how you know

Español   ⊕ Multilingual Resources


U.S. Citizenship
and Immigration
Services

MENU

# Check Case Processing

## Thank you for submission of your service request.

**USCIS will review and process the request.**

Your Request ID Number is: **SR10212600021RPA**

View all USCIS Service Online Tools

View E-Request Tools

DHS PRIVACY NOTICE

Paperwork Reduction Act

Return to top

**Topics**

**Forms**

**Newsroom**

**Citizenship**

**Green Card**

**Laws**

**Tools**


U.S. Citizenship
and Immigration
Services

Contact USCIS

**From:** SCOPS PP PSC
**To:** Lauren Gibson
**Subject:** IOE9046962180 - DING, Ziyang (Premium I-765)
**Date:** Thursday, January 29, 2026 7:48:45 AM

Good morning,

Thank you for contacting the Premium Processing mailbox.

USCIS is conducting further review of your case. We cannot provide a timeframe for completion of this additional review. However, once this additional review has been completed, USCIS will take adjudicative action on your case. USCIS appreciates your patience during this process.

Sincerely Yours,

SCOPS Premium Processing Team

-----Recent Email History-----

From: lgib@vblaw.com

To: psc-premium.processing@uscis.dhs.gov

Cc: ██████████████  chra@vblaw.com

Sent: 2026-01-27 22:38:25

Subject: RE: IOE9046962180 - DING, Ziyang (Premium I-765)

CAUTION:

This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

CAUTION:

This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

Dear Officer:

I am the attorney of record for Mr. Ding. My G-28 was filed with the response to the NOID issued in his case that was uploaded in MyUSCIS. I am attaching a copy for your reference.

Can you please respond to my inquiry below about the status of his case, which is pending beyond the premium processing 30 business day timeline?

Thank you.


Lauren Gibson

Partner


We have moved! (effective January 1, 2023)

360 Post Street, Suite 800

San Francisco, CA 94108


Main Line: 415-981-3000 | Direct Line: ███████

Fax: ███████ | www.vblaw.com


This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.


From: Lauren Gibson

Sent: Tuesday, January 20, 2026 7:59 PM

To: SCOPS PP PSC <psc-premium.processing@uscis.dhs.gov>

Cc: Bob Ding ███████ Christine Raymond <Chra@vblaw.com>

Subject: IOE9046962180 - DING, Ziyang (Premium I-765)

Re:

Name:           Ziyang DING

DOB:              December 18, 1998

Case #:         IOE9046962180 (filed June 14, 2025)

A#:              ███████████

Attorney:       See email signature below (Lauren B Gibson, Attorney of Record)


Dear Officer:


On October 31, 2025, USCIS received our response to a Notice of Intent to Deny issued by USCIS earlier in October. The G-28 authorizing my representation of Mr. Ding was part of the response filed. The USCIS case status online currently says: "Response Was Received And My Premium Processing Clock Was Restarted".

We are writing to request an update as it has more than 30 business days since the response to the Notice of Intent to Deny was received by USCIS. Can you please provide an update?

Thank you. Please let us know of any questions.


Sincerely,


Lauren Gibson

Partner


We have moved! (effective January 1, 2023)

360 Post Street, Suite 800

San Francisco, CA 94108


Main Line: 415-981-3000 | Direct Line: ███████████

Fax: ███████████ | www.vblaw.com

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.

ref:_00DG0hO5S._500SJ00000ynsxa:ref

# EXHIBIT D

Para tener acceso a este sitio en español, presione aquí (./es)

# Case Processing Times

ⓘ Alert

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form \***

| I-765 | Application for Employment Authorization | ⌄ |

**Form Category \***

| Based on a request by a qualified F-1 academic student [(c)(3)] | ⌄ |

**Field Office or Service Center \***

| Service Center Operations (SCOPS) | ⌄ |

**Get processing time**

# Processing time for Application for Employment Authorization (I-765) at Service Center Operations (SCOPS)



| 80% of cases are completed within |
| :---: |
| **4.5**<br>Months |

Sign in or create (https://my.uscis.gov/account) a new account to see your estimated case timeline.

## ❶ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ❶ When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| mm/dd/yyyy | | Get Inquiry Date |
| :--- | :-- | :--- |

## Other case processing times resources

[Frequently Asked Questions About Processing Times (./processing-times-faqs)](./processing-times-faqs)

[When to expect to receive your Green Card (./expect-green-card)](./expect-green-card)

[Processing information for the I-765 (./i765)](./i765)

[Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)](http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

[Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)](https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

[Historical Average Processing Times (./historic-pt)](./historic-pt)

[Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)](https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)

## ❓ Case management tools

[Ask about the processing of your case (https://egov.uscis.gov/e-request/onpt)](https://egov.uscis.gov/e-request/onpt)

[Check your case status (https://my.uscis.gov/account)](https://my.uscis.gov/account)

[Update your mailing address (https://egov.uscis.gov/coa/)](https://egov.uscis.gov/coa/)

[Ask about missing mail (https://egov.uscis.gov/e-request/)](https://egov.uscis.gov/e-request/)

[Correct a typographical error (https://egov.uscis.gov/e-request/typo)](https://egov.uscis.gov/e-request/typo)

[Request appointment accommodations (https://egov.uscis.gov/e-request/accom)](https://egov.uscis.gov/e-request/accom)

### Feedback

**Let us know what you think about our redesigned Processing Times webpage at [ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov)](mailto:ProcessingTimesFeedback@uscis.dhs.gov)** (Please do not submit case-specific inquiries).

[Return to top](#)

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/news**

**Citizenship**

**Green Card (https://www.uscis.gov/green-**

**Laws (https://www.uscis.gov/laws-**

**(https://www.uscis.gov/citizenship)** strip) **and-policy)**

**Tools**
**(https://www.uscis.gov/tools)**

(https://www.facebook.com/uscis) (https://twitter.com/uscis) (https://www.instagram.com/uscis/)

## Contact USCIS (https://www.uscis.gov/about-us/contact-us)

(https://www.dhs.gov)

USCIS.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

## National Terrorism Advisory System

About USCIS
(https://www.uscis.gov/about-us)

Accessibility
(https://www.uscis.gov/website-policies/accessibility)

Budget and Performance
(https://www.uscis.gov/about-us/budget-planning-and-performance)

DHS Components
(https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act
(https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)

No FEAR Act Data
(https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)

Privacy and Legal Disclaimers
(https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map
(https://www.uscis.gov/sitemap)

Office of the Inspector General
(https://www.oig.dhs.gov/)

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)